

**ORDERED in the Southern District of Florida on July 27, 2016.**

*[signature]*

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                   Case No. 12-12043-BKC-AJC

GENNY MARINO RODRIGUEZ,

    Debtor.
_____/

### ORDER ON REMAND

**THIS CAUSE** came before the Court upon the *Order Directing Bankruptcy Court to Reopen Case and Compel Debtor to Surrender Property* entered by the United States District Court for the Southern District of Florida on July 8, 2016 in Case No. 15-cv-23609-FAM.  The U.S. District Court directed this Court to reopen this case to compel surrender of the Debtor's real property.  Accordingly, pursuant to the Order remanding this case, it is

    ORDERED as follows:

    1.    The Clerk of Court is directed to reopen this case.

    2.    The Debtor shall surrender that certain real property located at 9980 Jamaica

Drive, Miami, FL 33189.

3. Upon entry of this Order on the docket, the Clerk of Court is directed to re-close this case.

###

COPIES FURNISHED TO:

Laudy Luna, Esq.
Dora Kaufman, Esq.
James Moon, Esq.
Paul Contessa, Esq.
Debtor
Trustee

Attorney Luna is directed to serve a copy of this order upon all interested parties immediately upon receipt of same and file a certificate of service with the Court.